| 1. Person Reporting (Last name, First name, Middle initial)<br>Eisele, Garnett T | 2. Court or Organization<br>U.S. Dist. Ct. E. D. AR | 3. Date of Report<br>4/29/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ◉ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>P.O. Box 3684<br>Little Rock, AR 72203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | Wm. R. Overton Inn of Court |
| 2. Partner | Whitehall |
| 3. Trustee | EKM Trust #1 |
| 4. Trustee | EKM Trust #2 |
| 5. Trustee | GME Trust |
| 6. Trustee | KME Trust |
| 7. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   FREE Foundation | 8/5-10/03, Bozeman, MT, Educational Seminar, (Airfare, lodging and meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Life of Vermont | Policy Loans | J |
| 2. | Northwest National Life | Policy Loans | J |
| 3. | Sun Life of Canada | Policy Loan on Life Insurance | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lincoln Nat'l Life | A | Div | J | T | | | | | |
| 2. S.W. Energy | A | Div | K | T | | | | | |
| 3. Bank of America(ck. acct) | A | Int | J | T | | | | | |
| 4. Pulaski Bank & Trust (savings acct.) | A | Int | J | T | | | | | |
| 5. Bank of America | C | Div | M | T | | | | | |
| 6. Bank of America | C | Div | M | T | | | | | |
| 7. Lucent Tech | A | Div | J | T | | | | | |
| 8. New Perspective Fund | A | Div | K | T | | | | | |
| 9. NYC Gen Oblig Bd. | A | Int | L | | | | | | |
| 10. Washington Mut. Invest Fd. | A | Div | K | T | | | | | |
| 11. GrowthFund of America | A | Div | K | T | | | | | |
| 12. Regions Bank | A | Div | J | T | | | | | |
| 13. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 14. Acxiom | A | Div | K | T | | | | | |
| 15. CitiGroup | A | Div | K | T | | | | | |
| 16. Travelers Class B | A | Div | J | T | | | | | |
| 17. Travelers Class A | A | Div | J | T | | | | | |
| 18. Dean Witter Ready Assets | A | Div | K | T | | | | | |

1. Income/Gain Codes.     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Microsoft Corp | A | Div | J | T | Bought | 6/24 | J | | |
| 20. Whitehall (partnership) | D | Rent | K | V | | | | | |
| 21. Harvard Balanced Fund | A | Div, Int. | J | T | | | | | |
| 22. EKM Trust #2 | E | Div | N | T | | | | | |
| 23. (This is aggregate income and value of this trust) | | | | | | | | | |
| 24. The following are assets of this trust: | | | | | | | | | |
| 25. IBM | A | Div | K | T | | | | | |
| 26. IBM | A | Div | J | T | | | | | |
| 27. I.B.M. | A | Div | J | T | | | | | |
| 28. I.B.M. | A | Div | J | T | | | | | |
| 29. I.B.M. | A | Div | J | T | | | | | |
| 30. Regions Bk. | A | Div | J | T | | | | | |
| 31. Acxiom | A | Div | K | T | | | | | |
| 32. Acxiom | A | Div | K | T | | | | | |
| 33. Agere Class A | A | Div | J | T | | | | | |
| 34. Agere Class B | A | Div | J | T | | | | | |
| 35. Alltel | A | Div | K | T | | | | | |
| 36. Dean Witter Ready Assets | A | Div | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Nissan | A | Div | K | T | | | | | |
| 38. Hewlett Packard | A | Div | J | T | | | | | |
| 39. G.E. Co. | A | Div | L | T | | | | | |
| 40. G.E. Co. | A | Div | J | T | | | | | |
| 41. Acxiom | A | Div | J | T | | | | | |
| 42. Cisco | A | Div | J | T | | | | | |
| 43. Cisco | A | Div | J | T | | | | | |
| 44. Lucent | A | Div | J | T | | | | | |
| 45. Hewlett Packard | A | Div | J | T | | | | | |
| 46. Acxiom | A | Div | J | T | | | | | |
| 47. G.E. Co. | A | Div | K | T | | | | | |
| 48. Lucent | A | Div | J | T | | | | | |
| 49. GME Trust | E | Div | N | T | | | | | |
| 50. (This is aggregate income and value of this trust) | | | | | | | | | |
| 51. The following are assets of this trust: | | | | | | | | | |
| 52. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 53. AR St. Dev. Fin Auth Econ Bonds | A | Int | J | T | | | | | |
| 54. Southwest Energy | A | Div | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Apple Computer | A | Div | K | T | | | | | |
| 56. Korea Fund | A | Div | K | T | | | | | |
| 57. Apple Computer | A | Div | J | T | | | | | |
| 58. Sony Corp. | A | Div | J | T | | | | | |
| 59. Acxiom | A | Div | L | T | | | | | |
| 60. Acxiom | A | Div | K | T | | | | | |
| 61. Acxiom | A | Div | J | T | | | | | |
| 62. Lucent | A | Div | J | T | | | | | |
| 63. Walmart | A | Div | J | T | | | | | |
| 64. Lucent | A | Div | J | T | | | | | |
| 65. Cisco | A | Div | J | T | | | | | |
| 66. SK Telecom | A | Div | J | T | | | | | |
| 67. Agere Class B | A | Div | J | T | | | | | |
| 68. Agere Class A | A | Div | J | T | | | | | |
| 69. EKM Trust #1 | E | Div., Int. | N | T | | | | | |
| 70. (This is the aggregate value and income of this trust) | | | | | | | | | |
| 71. U.S. Treasury Bond | A | Int | | | Sold | 8/15 | J | A | |
| 72. Hewlett Packard | A | Div | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 6

Name of Person Reporting

Eisele, Garnett T

Date of Report

4/29/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Hewlett Packard | A | Div | J | T | Bought | 6/9 | J | | |
| 74. Centerpoint Energy | A | Div | J | T | | | | | |
| 75. Texas Genco | A | Div | J | T | Acquired | 1/7 | J | | |
| 76. Reliant Resources | A | Div | J | T | | | | | |
| 77. Merck & Co. | B | Div | M | T | | | | | |
| 78. Medco Health | A | Div | J | T | Acquired | 8/19 | J | | |
| 79. Regions Bk. | A | Div | J | T | | | | | |
| 80. Regions Bk. | A | Div | J | T | Bought | 6/9 | J | | |
| 81. Alltel | A | Div | L | T | | | | | |
| 82. Acxiom | A | Div | J | T | | | | | |
| 83. AR Dev. Fin.Auth Bond | A | Int | J | T | | | | | |
| 84. Secured Prom. Note | D | Int | L | T | | | | | |
| 85. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 86. KME Trust | D | Div., Int. | N | T | | | | | |
| 87. (This is aggregate value and income of this trust) | | | | | | | | | |
| 88. U.S. Treasury Bond | B | Int. | K | T | | | | | |
| 89. Apple Computer, Inc. | A | Div | J | T | | | | | |
| 90. IBM | A | Div | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Merck | B | Div | M | T | | | | | |
| 92. Regions Bk | A | Div | J | T | | | | | |
| 93. Dean Witter Asset Fund | A | Div | J | T | | | | | |
| 94. Bankamerica | A | Div | K | T | | | | | |
| 95. Bk. Tokyo-Mitsubishi | A | Div | J | T | | | | | |
| 96. Regions Bank | A | Div | K | T | | | | | |
| 97. Acxiom | A | Div | K | T | | | | | |
| 98. Acxiom | A | Div | J | T | | | | | |
| 99. Cisco | A | Div | K | T | | | | | |
| 100. Acxiom | A | Div | J | T | | | | | |
| 101. G.E. Co. | A | Div | K | T | | | | | |
| 102. IBM | A | Div | J | T | | | | | |
| 103. IBM | A | Div | J | T | | | | | |
| 104. G.E.Co. | A | Div | K | T | | | | | |
| 105. Regions Bank | A | Div | J | T | Bought | 6/9 | J | | |
| 106. Medco Health | A | Div | J | T | Acquired | 8/19 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Eisele, Garnett T | Date of Report<br><br>4/29/2004 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

VII. Investments and Trusts, line #24, Whitehall (a partnership), the explanation for using value code "V" is as follows: I hold a one-third interest in the Whitehall investment whose sole asset is a fifty-year-old lease on a small piece of property on Markham Street. We, in turn, rent the building on the property, the rents constitute the sole source of income to the partnership. Our underlying leasehold interest has less than ten years remaining.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
|  | Eisele, Garnett T | 4/29/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date __May 5, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544